FILED
15-0635
8/26/2015 12:02:50 PM
tex-6659293
SUPREME COURT OF TEXAS
BLAKE A. HAWTHORNE, CLERK

# No. 15-0635

————————————————————

# In The Supreme Court of Texas

————————————————————

BANKDIRECT CAPITAL FINANCE, LLC,
a Subsidiary of TEXAS CAPITAL BANK, N.A.,
*Petitioner*,

v.

PLASMA FAB, LLC, and RUSSELL McCANN,
*Respondents*.

On Petition for Review from the Court of Appeals
For the Third Judicial District, Austin, Texas
Cause No. 03-13-00331-CV

**UNOPPOSED MOTION OF NONRESIDENT ATTORNEY
DAVID J. STRUBBE FOR ADMISSION *PRO HAC VICE***

————————————————————————————————

TO THE HONORABLE SUPREME COURT OF TEXAS:

Pursuant to the Rules Governing Admission to the Bar of Texas, Rule XIX and the applicable statutory provisions found in Texas Government Code Section 82.001, *et seq.*, David J. Strubbe files this unopposed motion for admission *pro hac vice* to appear before the Court, and respectfully shows the following:

1.	I seek permission to appear *pro hac vice* as counsel for Petitioner BankDirect Capital Finance, LLC, in the above-titled and numbered cause of action.

2.	I am an attorney with the law firm of Williams Bax & Saltzman, P.C., 221 N. LaSalle Street, 37th Floor, Chicago, Illinois 60601, telephone (312) 372-3311, and facsimile (312) 372-5720.

3.	I am associated in this proceeding with Sandra G. Rodriguez, a resident attorney whose State Bar Number is 00790752.  Sandra G. Rodriguez is a licensed attorney who practices with the law firm of Vinson & Elkins LLP, 1001 Fannin Street, Suite 2500, Houston, Texas 77002, telephone (713) 758-4804, and facsimile (713) 615-5054.

4.	I have sought and been granted leave to appear in Cause No. D-1-GN-12-001816; *Plasma Fab, LLC and Russell McCann v. BankDirect Capital Finance LLC and Scottsdale Insurance Company*; In the 250th Judicial District Court, Travis County, Texas.  The order granting leave to participate in that case is attached to this motion as Exhibit A.

5.	I have sought and been granted leave to appear in Cause No. 03-13-00331-CV; *Plasma Fab, LLC and Russell McCann v. BankDirect Capital Finance LLC and Scottsdale Insurance Company*; In the Court of Appeals for the Third Judicial District, Austin, Texas.  The order granting leave to participate in that case

is attached to this motion as Exhibit B. I have not appeared nor sought leave to appear or participate in any other cases or causes (other than the two listed here in paragraphs 4 and 5) in Texas courts within the last two years.

6. I am an active member in good standing with the State of Illinois.

7. I have not been the subject of disciplinary actions by the Bar or the courts of any jurisdiction in which I am licensed in the past five years.

8. I have not been denied admission to the courts of any state or to any federal court during the past five years.

9. I am familiar with the State Bar Act, the State Bar Rules, and the Texas Disciplinary Rules of Professional Conduct governing the conduct of members of the State Bar of Texas. I will at all times abide by and comply with these rules as long as this Texas proceeding is pending, and I have not withdrawn as counsel from this proceeding.

10. Pursuant to the Texas Rules Governing Admission to the Bar of Texas, Rule XIX(a), I have filed an application for admission *pro hac vice* with the Texas Board of Law Examiners and paid the $250 filing fee. The Texas Board of Law Examiners' letter acknowledging the application is attached to this motion as Exhibit C and incorporated by reference.

3

11. Sandra G. Rodriguez has communicated with counsel for Respondents Plasma Fab LLC and Russell McCann, who advised that Respondents are not opposed to this motion.

WHEREFORE, David J. Strubbe, respectfully requests that the Court grant this motion, and enter an order allowing him to participate as one of the attorneys for Petitioner BankDirect Capital Finance, LLC in the above-titled and numbered cause of action.

Respectfully submitted,

*/s/ David J. Strubbe (with permission)*

David J. Strubbe
*Pro Hac Vice Admission Pending*
WILLIAMS BAX & SALTZMAN, P.C.
221 N. LaSalle Street
37th Floor
Chicago, Illinois 60601
Telephone: 312-372-3311
Facsimile: 312-372-5720
strubbe@wbs-law.com

and

VINSON & ELKINS L.L.P.

*/s/ Sandra G. Rodriguez*

D. Ferguson McNiel
State Bar No. 13830300
Sandra G. Rodriguez
State Bar No. 00790752
1001 Fannin Street, Suite 2500
Houston, Texas  77002
(713) 758-3882
(713) 615-5493 (facsimile)
fmcniel@velaw.com
srodriguez@velaw.com

Amy Tankersley
State Bar No. 24068623
2801 Via Fortuna, Suite 100
Austin, Texas  78746
(512) 542-8437
(512) 542-8612 (facsimile)
atankersley@velaw.com

**Attorneys for Petitioner**
**BankDirect Capital Finance, LLC**

5

## CERTIFICATE OF CONFERENCE

I certify that on August 21, 2015, I exchanged e-mails with John C. Hart, counsel for Respondents Plasma Fab LLC and Russell McCann, who advised that Respondents are not opposed to this motion.

*/s/ Sandra G. Rodriguez*
Sandra G. Rodriguez

## CERTIFICATE OF SERVICE

I certify that on this 26th day of August, 2015, a true and correct copy of the foregoing document was served electronically upon counsel of record as follows:

John C. Hart
Bruce H. Rogers
BROWN, DEAN, WISEMAN, PROCTOR, HART & HOWELL LLP
306 W. 7th Street, Suite 200
Fort Worth, Texas 76102
(817) 332-1391 (telephone)
(817) 870-2427 (fax)

**Attorneys for Respondents**

Otto "Skip" Good
Ruben Valdez
LANGLEY & BANACK, INC.
745 East Mulberry
Suite 900
San Antonio, Texas 78212
(210) 736-6600 (telephone)
(210) 735-6889 (fax)

**Attorneys for Respondents**

J. Hampton Skelton
SKELTON & WOODY
248 Addie Roy, Building B, Suite 302
Austin, Texas 78746
(512) 651-7000 (telephone)
(512) 651-7001 (fax)

**Attorney for Respondents**

Randall G. Walters
Christopher Peirce
WALTERS, BALIDO & CRAIN, L.L.P.
900 Jackson Street, Suite 600
Dallas, Texas 75202
(214) 347-8380 (telephone)
(214) 347-8381 (fax)

**Attorneys for Scottsdale Insurance Company**

*/s/ Sandra G. Rodriguez*
Sandra G. Rodriguez

6

## *VERIFICATION*

STATE OF ILLINOIS       §
             §
             §
COUNTY OF ___*Cook*___    §


Before me, the undersigned Notary Public, on this day personally appeared David J. Strubbe, a person whose identity is known to me, and after being duly sworn stated under oath that he is the Movant in this matter; that he has read the above motion; and that every statement contained in the motion is within his personal knowledge and is true and correct.

David J. Strubbe


SUBSCRIBED AND SWORN TO BEFORE ME on this 25ᵗʰ day of August, 2015.


[ *Seal* ]

OFFICIAL SEAL
HANNA A RUDNIC
Notary Public - State of Illinois
My Commission Expires Oct 15, 2016

_____ [ *signature* ]
Hanna A. Rudnic · [ *typed name* ]
Notary Public, State of Illinois

My commission expires: 10/15/2016

7

## <u>INDEX OF EXHIBITS</u>

Exhibit A    Order Granting Unopposed Motion of Nonresident Attorney, David Strubbe, for Admission Pro Hac Vice, No. D-1-GN-12-001816; *Plasma Fab, LLC v. BankDirect Capital Finance LLC* (Travis Co. Dist. Ct. Apr. 8, 2013)

Exhibit B    Order Granting Unopposed Motion of Nonresident Attorney, David Strubbe, for Admission Pro Hac Vice, Cause No. 03-13-00331-CV; *Plasma Fab, LLC and Russell McCann v. BankDirect Capital Finance LLC and Scottsdale Insurance Company* (Court of Appeals for the Third Judicial District September 6, 2013)

Exhibit C    Non-Resident Acknowledgment Letter from the Board of Law Examiners to David J. Strubbe (August 18, 2015)

US 3710728v.1

8

# EXHIBIT A

| | | |
|---|---|---|
| PLASMA FAB, LLC and | § | IN THE DISTRICT COURT |
| RUSSELL MC CANN | § | |
| Plaintiffs | § | |
| | § | |
| Vs. | § | |
| | § | |
| | § | |
| BANKDIRECT CAPITAL | § | 250TH JUDICIAL DISTRICT OF |
| FINANCE, LLC, a Subsidiary of | § | |
| TEXAS CAPITAL BANK, N.A., | § | |
| TEXAS CAPITAL BANK, N.A., and | § | |
| SCOTTSDALE INSURANCE COMPANY, | § | |
| Defendants | § | TRAVIS COUNTY, TEXAS |

### ORDER GRANTING UNOPPOSED MOTION OF NONRESIDENT ATTORNEY, DAVID STRUBBE, FOR ADMISSION PRO HAC VICE

On this day, the unopposed motion of nonresident attorney, David Strubbe, for admission pro hac vice came for consideration, and the Court having considered the pleadings, including the motion of a resident practicing Texas attorney in support of the nonresident attorney's motion, finds that the motions are well taken and should be granted.

IT IS HEREBY ORDERED that the applicant, David Strubbe, is granted permission to participate in the above-entitled and numbered proceeding as counsel for the defendants BankDirect Capital Finance, LLC and Texas Capital Bank, N.A.

SIGNED on __April 8__, 2013.

_____
JUDGE PRESIDING

# EXHIBIT B

FILE COPY



# COURT OF APPEALS

## THIRD DISTRICT OF TEXAS

P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.3rdcoa.courts.state.tx.us
(512) 463-1733

J. WOODFIN JONES, CHIEF JUSTICE
DAVID PURYEAR, JUSTICE
BOB PEMBERTON, JUSTICE
JEFF L. ROSE, JUSTICE
MELISSA GOODWIN, JUSTICE
SCOTT K. FIELD, JUSTICE

JEFFREY D. KYLE, CLERK

September 6, 2013

Mr. Gregory R. Ave
Walters, Balido & Crain, L.L.P.
900 Jackson Street
Founders Square, Suite 600
Dallas, TX 75202
* DELIVERED VIA E-MAIL *

Mr. David Strubbe and
Mr. David Williams
Williams Bax & Saltzman, P.C.
221 N. LaSalle Street, 37th Floor
Chicago, IL 60601
* DELIVERED VIA E-MAIL *

Mr. John C. Hart
Brown, Dean, Wiseman, Proctor, Hart & Howell, L.L.P.
200 Fort Worth Club Building
306 West 7th Street
Fort Worth, TX 76102-4905

Ms. Amy Tankersley
Vinson & Elkins, LLP
2801 Via Fortuna, Suite 100
Austin, TX 78746
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:     03-13-00331-CV
        Trial Court Case Number:     D-1-GN-12-001816

Style:   Plasma Fab, LLC and Russell McCann
         v. BankDirect Capital Finance, LLC, a Subsidiary of Texas Capital Bank, N.A.; and
         Scottsdale Insurance Company

Dear Counsel:

        The motions of non-resident counsel to participate *pro hac vice* in the above referenced
cause and resident counsel's motions in support were granted by this Court on the date noted above.

                            Very truly yours,

                            JEFFREY D. KYLE, CLERK

                        BY: *Raylynn Howell*
                            Raylynn Howell, Deputy Clerk

# EXHIBIT C

# Board of Law Examiners
Appointed by the Supreme Court of Texas
P.O. Box 13486 * Austin, Texas 78711-3486

## Acknowledgment Letter
## Non-Resident Attorney Fee

August 18, 2015

To: Sandra G. Rodriguez

Via: srodriguez@velaw.com

According to Texas Government Code §82.0361, "a nonresident attorney requesting permission to participate in proceedings in a court in this state shall pay a fee of $250 for each case in which the attorney is requesting to participate."

**This Acknowledgement Letter serves as proof that the Board of Law Examiners has received $250 in connection with the following matter:**

**Non-resident attorney:** David J. Strubbe

**Case:** 03-13-00331-cv

**Texas court or body:** Petition for review to be filed in Texas Supreme Court on August 24 2015

After satisfying the fee requirement, a non-resident attorney shall file a motion in the Texas court or body in which the non-resident attorney is requesting permission to appear. The motion shall contain the information and statements required by Rule XIX(a) of the Rules Governing Admission to the Bar of Texas. The motion must be accompanied by this Acknowledgment Letter and by a motion from a resident practicing Texas attorney that contains the statements required by Rule XIX(b).

The decision to grant or deny a non-resident attorney's motion for permission to participate in the proceedings in a particular cause is made by the Texas court or body in which it is filed.

For more information, please see Rule XIX of the Rules Governing Admission to the Bar of Texas and §82.0361 of the Texas Government Code, which can be found on the Board's website.

Sincerely,

Susan Henricks
Executive Director